NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXPRESS MOBILE, INC.,**

*Plaintiff-Cross-Appellant*

**v.**

**EGROVE SYSTEMS CORPORATION,**

*Defendant-Appellant*

---

2020-1511, 2020-1617

---

Appeals from the United States District Court for the District of Delaware in No. 1:17-cv-00703-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

TIMOTHY DEVLIN, Devlin Law Firm, Wilmington, DE, for plaintiff-cross-appellant.  Also represented by ROBERT DEAN KIDDIE, JR.

AMIT AGARWAL, Law Office of Amit Agarwal, Tampa, FL, for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2020        /s/ Peter R. Marksteiner
        Date            Peter R. Marksteiner
                        Clerk of Court